| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30 | | 1. REQUISITION NO. AN00220N2005T | | BPA NO. | PAGE 1 OF |
|---|---|---|---|---|---|

| 2. CONTRACT NO. | 3. AWARD/EFFECTIVE DATE 10/31/04 | 4. ORDER NO. HSFE04-05-P-4149 | MODIFICATION NO. | 5. SOLICITATION NO. | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|---|

| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME Jonathan Gibb | | b. TELEPHONE NO. (No Collect Calls) (703) 946-2060 | | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|---|---|

| 9. ISSUED BY                                    CODE | 10. THIS ACQUISITION IS | 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED | 12. DISCOUNT TERMS N/A |
|---|---|---|---|

Department of Homeland Security
Federal Emergency Management Agency
Disaster Field Office
100 Sunport Lane
Orlando FL 32809

10. THIS ACQUISITION IS
☐ UNRESTRICTED
☒ SET ASIDE:  100  % FOR
  ☒ SMALL BUSINESS
  ☐ HUBZONE SMALL BUSINESS
  ☐ 8(A)

NAICS:  336214
SIZE STANDARD:

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED
☐ SEE SCHEDULE
13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)
13b. RATING     N/A

14. METHOD OF SOLICITATION
☐ RFQ    ☐ IFB    ☐ RFP

| 15. DELIVER TO                                CODE | 16. ADMINISTERED BY                        CODE |
|---|---|

16. ADMINISTERED BY
Federal Emergency Management Agency
Region IV
Contracting Division
3003 Chamblee Tucker Rd
Atlanta GA 30341

| 17a. CONTRACTOR/OFFEROR   CODE          FACILITY CODE | 18a. PAYMENT WILL BE MADE BY              CODE |
|---|---|

MLU SERVICES INC

573 HAWTHORNE AVE

ATHENS GA 306042505

TELEPHONE NO.

18a. PAYMENT WILL BE MADE BY
Federal Emergency Management Agency
Disaster Finance Center/ Bldg 709
ATTN: Vendor Payments
P.O. Box 800
Berryville VA 22611

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED  ☐ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES   See CONTINUATION Page | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Provide Set-Up/Installation Services for travel trailers in response to disaster operations for DR-1539-FL, DR-1545-FL, and DR-1561-DR. | | | | |
| | Total Not-To-Exceed amount $1,000,000.00 | | | | |
| | The Contractor shall notify the Contracting Officer in writing whenever it has reason to believe that the costs the contractor expects to incur under this contract will exceed 75 percent of the estimated cost specified in the schedule. | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA   See CONTINUATION Page | 26. TOTAL AWARD AMOUNT (For Govt. Use Only) |
|---|---|
| | NTE                     $1,000,000.00 |

| ☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4, FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA | | ☐ ARE | ☒ ARE NOT ATTACHED. |
|---|---|---|---|
| ☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA | | ☐ ARE | ☒ ARE NOT ATTACHED |

☐ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

☒ 29. AWARD OF CONTRACT: REFERENCE ___ OFFER DATED ___. YOUR OFFER ON SOLICITATION BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN IS ACCEPTED AS TO ITEMS:

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER) |
|---|---|

| 30b. NAME AND TITLE OF SIGNER (TYPE OR PRINT) | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER (TYPE OR PRINT) Janice L. Gunganus Contracting Officer | 31c. DATE SIGNED 10/31/04 |
|---|---|---|---|

AUTHORIZED FOR LOCAL REPRODUCTION

STANDARD FORM 1449   (REV. 4/2002)
Prescribed by GSA - FAR (48 CFR) 53.212

MLU 1251

CONTINUATION PAGE

## A.1 PRICE/COST SCHEDULE

| ITEM NO. | DESCRIPTION OF SUPPLIES/SERVICES | QTY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | Set-Up Installation of Manufactured Homes and Travel Trailers Not-To-Exceed Amount | 1.00 | Lot | $1,000,000.00 | $1,000,000.00 |

FUNDING/REQ NO:    1: $1,000,000.00    AN00220N2005T

GRAND TOTAL ---                    $1,000,000.00

ACCOUNTING AND APPROPRIATION DATA:

| ACRN | APPROPRIATION | REQUISITION NUMBER | | AMOUNT |
|---|---|---|---|---|
| 1 | 2005-06-1545DR-9044-XXXX-2512-D | AN00220N2005T | F | $1,000,000.00 |

HSFE04-05-Q-8001

SECTION B – Schedule of Prices

## TRAVEL TRAILER INSTALLATION LINE ITEMS

| LINE ITEM | Description | Est. Use | U/I | COST |
|---|---|---|---|---|
| TT-01 | Basic TT Set-up | 100% | Each | 4,970 ºº |
| TT-02 | Sewer Lines, Buried 4" | 55% | Foot | 9 ºº |
| TT-03 | Sewer Lines, Buried 6" | 2% | Foot | 11 ºº |
| TT-04 | Sewer Lines, Buried 8" | 1% | Foot | 75 ºº |
| TT-05 | Municipal Sewer Tap | 1% | Actual Cost | xxxxxxxxxxxx |
| TT-06 | Water Line, Buried ¾" | 25% | Foot | 8 ºº |
| TT-07 | Water Line, Buried 2" | 1% | Foot | 12 ºº |
| TT-08 | Municipal Water Tap | 1% | Actual Cost | xxxxxxxxxxxx |
| TT-09 | TT Power Pole w/ Meter | 50% | Each | 1,350 ºº |
| TT-10 | Additional Tow (over 250 mi.) | 5% | Mile | 5 ºº |
| TT-11 | Difficult Site (Hard Tow) | 45% | Each | 500 ºº |
| TT-12 | Reoccupancy Make-Ready | 15% | Each | 900 ºº |
| TT-13 | Winterization of Waterlines | 85% | Each | 425 ºº |
| TT-14 | Handicap Ramp | 5% | Each | 850 ºº |
| TT-15 | Direct Wiring To Well Pump Switch | 2% | Feet | 300 ºº |
| TT-16 | Underground Electrical Excess | 15% | Feet | 350 ºº |
| TT-17 | Permit Fee | 25% | Actual Cost | xxxxxxxxxxxx |
| TT-18 | Provide 25' Portable Water Hose | 10% | Each | 50 ºº |
| TT-19 | Provide and Install 5KW Generator | 20% | Each | 1850 ºº |
| TT-20 | Direct Burial Of 30 Amp Service | 5% | Feet | 500 ºº |
| TT-21 | Refill Both Propane Tanks | 20% | Each | 75 ºº |
| TT-22 | Perform Site Inspection for TT | 1% | Each Site | 150 ºº |
| NOTE: IN ORDER TO HAS A RESPONSIVE BID, ALL ITEMS, EXCEPT WHERE INDICATED OTHERWISE, and MUST BE PRICED | | | | |

The estimated usage percentage in no way guarantees the amount of work to be performed. The work need could be more or less than the said percentages.

MLU 1253

## ADDITIONAL PROVISIONS/TERMS AND CONDITIONS

### A.1 NOTICE LISTING CLAUSES INCORPORATED BY REFERENCE

The following clauses are hereby incorporated by reference (by Citation Number, Title, and Date) in accordance with the clause at FAR "52.252-2 CLAUSES INCORPORATED BY REFERENCE" contained in this document. FAR 52.252-2 contains the Internet address for electronic access to the full text of a clause.

| NUMBER | TITLE | DATE |
|--------|-------|------|
| 52.243-1 | CHANGES--FIXED-PRICE | AUG 1987 |
| 52.237-2 | PROTECTION OF GOVERNMENT BUILDINGS, EQUIPMENT, AND VEGETATION | APR 1984 |

### A.2 52.212-4 CONTRACT TERMS AND CONDITIONS—COMMERCIAL ITEMS (OCT 2003)

(a) Inspection/Acceptance. The Contractor shall only tender for acceptance those items that conform to the requirements of this contract. The Government reserves the right to inspect or test any supplies or services that have been tendered for acceptance. The Government may require repair or replacement of nonconforming supplies or reperformance of nonconforming services at no increase in contract price. The Government must exercise its postacceptance rights (1) within a reasonable time after the defect was discovered or should have been discovered; and (2) before any substantial change occurs in the condition of the item, unless the change is due to the defect in the item.

(b) Assignment. The Contractor or its assignee may assign its rights to receive payment due as a result of performance of this contract to a bank, trust company, or other financing institution, including any Federal lending agency in accordance with the Assignment of Claims Act (31 U.S.C. 3727). However, when a third party makes payment (e.g., use of the Governmentwide commercial purchase card), the Contractor may not assign its rights to receive payment under this contract.

(c) Changes. Changes in the terms and conditions of this contract may be made only by written agreement of the parties.

(d) Disputes. This contract is subject to the Contract Disputes Act of 1978, as amended (41 U.S.C. 601-613). Failure of the parties to this contract to reach agreement on any request for equitable adjustment, claim, appeal or action arising under or relating to this contract shall be a dispute to be resolved in accordance with the clause at FAR 52.233-1, Disputes, which is incorporated herein by reference. The Contractor shall proceed diligently with performance of this contract, pending final resolution of any dispute arising under the contract.

(e) Definitions. The clause at FAR 52.202-1, Definitions, is incorporated herein by reference.

(f) Excusable delays. The Contractor shall be liable for default unless nonperformance is caused by an occurrence beyond the reasonable control of the Contractor and without its fault or negligence such as, acts of God or the public enemy, acts of the Government in either its sovereign or contractual capacity, fires, floods, epidemics, quarantine restrictions, strikes, unusually severe weather, and delays of common carriers. The Contractor shall notify the Contracting Officer in writing as soon as it is reasonably possible after the commencement of any excusable delay, setting forth the

MLU 1254

HSFE04-05-Q-8001

fall particulars in connection therewith, shall remedy such occurrence with all reasonable dispatch, and shall promptly give written notice to the Contracting Officer of the cessation of such occurrence.

(g) Invoice.

(1) The Contractor shall submit an original invoice and three copies(or electronic invoice, if authorized) to the address designated in the contract to receive invoices. An invoice must include—

(i) Name and address of the Contractor;

(ii) Invoice date and number;

(iii) Contract number, contract line item number and, if applicable, the order number;

(iv) Description, quantity, unit of measure, unit price and extended price of the items delivered;

(v) Shipping number and date of shipment, including the bill of lading number and weight of shipment if shipped on Government bill of lading;

(vi) Terms of any discount for prompt payment offered;

(vii) Name and address of official to whom payment is to be sent;

(viii) Name, title, and phone number of person to notify in event of defective invoice; and

(ix) Taxpayer Identification Number (TIN). The Contractor shall include its TIN on the invoice only if required elsewhere in this contract.

(x) Electronic funds transfer (EFT) banking information.

(A) The Contractor shall include EFT banking information on the invoice only if required elsewhere in this contract.

(B) If EFT banking information is not required to be on the invoice, in order for the invoice to be a proper invoice, the Contractor shall have submitted correct EFT banking information in accordance with the applicable solicitation provision, contract clause (e.g., 52.232-33, Payment by Electronic Funds Transfer-- Central Contractor Registration, or 52.232-34, Payment by Electronic Funds Transfer--Other Than Central Contractor Registration), or applicable agency procedures.

(C) EFT banking information is not required if the Government waived the requirement to pay by EFT.

(2) Invoices will be handled in accordance with the Prompt Payment Act (31 U.S.C. 3903) and Office of Management and Budget (OMB) prompt payment regulations at 5 CFR part 1315.

(h) Patent indemnity. The Contractor shall indemnify the Government and its officers, employees and agents against liability, including costs, for actual or alleged direct or contributory infringement of, or inducement to infringe, any United States or foreign patent, trademark or copyright, arising out of the performance of this contract, provided the Contractor is reasonably notified of such claims and proceedings.

(i) Payment.

(1) Items accepted. Payment shall be made for items accepted by the Government that have been delivered to the delivery destinations set forth in this contract.

MLU 1255

HSFE04-05-Q-8001

(2) Prompt payment. The Government will make payment in accordance with the Prompt Payment Act (31 U.S.C. 3903) and prompt payment regulations at 5 CFR part 1315.

(3) Electronic Funds Transfer (EFT). If the Government makes payment by EFT, see 52.212-5(b) for the appropriate EFT clause.

(4) Discount. In connection with any discount offered for early payment, time shall be computed from the date of the invoice. For the purpose of computing the discount earned, payment shall be considered to have been made on the date which appears on the payment check or the specified payment date if an electronic funds transfer payment is made.

(5) Overpayments. If the Contractor becomes aware of a duplicate contract financing or invoice payment or that the Government has otherwise overpaid on a contract financing or invoice payment, the Contractor shall immediately notify the Contracting Officer and request instructions for disposition of the overpayment.

(j) Risk of loss. Unless the contract specifically provides otherwise, risk of loss or damage to the supplies provided under this contract shall remain with the Contractor until, and shall pass to the Government upon:

(1) Delivery of the supplies to a carrier, if transportation is f.o.b. origin; or

(2) Delivery of the supplies to the Government at the destination specified in the contract, if transportation is f.o.b. destination.

(k) Taxes. The contract price includes all applicable Federal, State, and local taxes and duties.

(l) Termination for the Government's convenience. The Government reserves the right to terminate this contract, or any part hereof, for its sole convenience. In the event of such termination, the Contractor shall immediately stop all work hereunder and shall immediately cause any and all of its suppliers and subcontractors to cease work. Subject to the terms of this contract, the Contractor shall be paid a percentage of the contract price reflecting the percentage of the work performed prior to the notice of termination, plus reasonable charges the Contractor can demonstrate to the satisfaction of the Government using its standard record keeping system, have resulted from the termination. The Contractor shall not be required to comply with the cost accounting standards or contract cost principles for this purpose. This paragraph does not give the Government any right to audit the Contractor's records. The Contractor shall not be paid for any work performed or costs incurred which reasonably could have been avoided.

(m) Termination for cause. The Government may terminate this contract, or any part hereof, for cause in the event of any default by the Contractor, or if the Contractor fails to comply with any contract terms and conditions, or fails to provide the Government, upon request, with adequate assurances of future performance. In the event of termination for cause, the Government shall not be liable to the Contractor for any amount for supplies or services not accepted, and the Contractor shall be liable to the Government for any and all rights and remedies provided by law. If it is determined that the Government improperly terminated this contract for default, such termination shall be deemed a termination for convenience.

(n) Title. Unless specified elsewhere in this contract, title to items furnished under this contract shall pass to the Government upon acceptance, regardless of when or where the Government takes physical possession.

(o) Warranty. The Contractor warrants and implies that the items delivered hereunder are merchantable and fit for use for the particular purpose described in this contract.

(p) Limitation of liability. Except as otherwise provided by an express warranty, the Contractor will not be liable to the Government for consequential damages resulting from any defect or deficiencies in accepted items.

(q) Other compliances. The Contractor shall comply with all applicable Federal, State and local laws, executive orders, rules and regulations applicable to its performance under this contract.

MLU 1256

**HSFE04-05-Q-8001**

(r) Compliance with laws unique to Government contracts. The Contractor agrees to comply with 31 U.S.C. 1352 relating to limitations on the use of appropriated funds to influence certain Federal contracts; 18 U.S.C. 431 relating to officials not to benefit; 40 U.S.C 327, et seq., Contract Work Hours and Safety Standards Act; 41 U.S.C. 51-58, Anti-Kickback Act of 1986; 41 U.S.C. 265 and 10 U.S.c. 2409 relating to whistle blower protections; 49 U.S.C 40118, Fly American; and 41 U.s.c. 423 relating to procurement integrity.

(s) Order of precedence. Any inconsistencies in this solicitation or contract shall be resolved by giving precedence in the following order: (1) the schedule of supplies/services; (2) the Assignments, Disputes, Payments, Invoice, Other Compliances, and Compliance with Laws Unique to Government Contracts paragraphs of this clause; (3) the clause at 52.212-5; (4) addenda to this solicitation or contract, including any license agreements for computer software; (5) solicitation provisions if this is a solicitation; (6) other paragraphs of this clause; (7) the Standard Form 1449; (8) other documents, exhibits, and attachments; and (9) the specification.

(t) Central Contractor Registration (CCR).

(1) Unless exempted by an addendum to this contract, the Contractor is responsible during performance and through final payment of any contract for the accuracy and completeness of the data within the CCR database, and for any liability resulting from the Government's reliance on inaccurate or incomplete data. To remain registered in the CCR database after the initial registration, the Contractor is required to review and update on an annual basis from the date of initial registration or subsequent updates its information in the CCR database to ensure it is current, accurate and complete. Updating information in the CCR does not alter the terms and conditions of this contract and is not a substitute for a properly executed contractual document.

(2)(i) If a Contractor has legally changed its business name, "doing business as" name, or division name (whichever is shown on the contract), or has transferred the assets used in performing the contract, but has not completed the necessary requirements regarding novation and change-of-name agreements in FAR subpart 42.12, the Contractor shall provide the responsible Contracting Officer a minimum of one business day's written notification of its intention to (A) change the name in the CCR database; (B) comply with the requirements of subpart 42.12; and (C) agree in writing to the timeline and procedures specified by the responsible Contracting Officer. The Contractor must provide with the notification sufficient documentation to support the legally changed name.

(ii) If the Contractor fails to comply with the requirements of paragraph (t)(2)(i) of this clause, or fails to perform the agreement at paragraph (t)(2)(i)(C) of this clause, and, in the absence of a properly executed novation or change-of-name agreement, the CCR information that shows the Contractor to be other than the Contractor indicated in the contract will be considered to be incorrect information within the meaning of the "Suspension of Payment" paragraph of the electronic funds transfer (EFT) clause of this contract.

(3) The Contractor shall not change the name or address for EFT payments or manual payments, as appropriate, in the CCR record to reflect an assignee for the purpose of assignment of claims (see Subpart 32.8, Assignment of Claims). Assignees shall be separately registered in the CCR database. Information provided to the Contractor's CCR record that indicates payments, including those made by EFT, to an ultimate recipient other than that Contractor will be considered to be incorrect information within the meaning of the "Suspension of payment" paragraph of the EFT clause of this contract.

(4) Offerors and Contractors may obtain information on registration and annual confirmation requirements via the internet at http://www.ccr.gov or by calling 1-888-227-2423 or 269-961-5757.

MLU 1257

HSFE04-05-Q-8001

## A.3  ADDENDUM TO FAR 52.212-4 CONTRACT TERMS AND CONDITIONS--COMMERCIAL ITEMS

Clauses that are incorporated by reference (by Citation Number, Title, and Date), have the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available.

The following clauses are incorporated into 52.212-4 as an addendum to this contract:

## A.4  52.212-5  CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS--COMMERCIAL ITEMS (JAN 2004)

(a) The Contractor shall comply with the following Federal Acquisition Regulation (FAR) clause, which is incorporated in this contract by reference, to implement provisions of law or Executive orders applicable to acquisitions of commercial items: 52.233-3, Protest after Award (AUG 1996) (31 U.S.C. 3553).

(b) The Contractor shall comply with the FAR clauses in this paragraph (b) that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items: [Contracting Officer check as appropriate.]

[x] (1) 52.203-6, Restrictions on Subcontractor Sales to the Government (JUL 1995), with Alternate I (OCT 1995)(41 U.S.C. 253g and 10 U.S.C. 2402).

[] (2) 52.219-3, Notice of Total HUBZone Set-Aside (JAN 1999) (15 U.S.C. 657a).

[] (3) 52.219-4, Notice of Price Evaluation Preference for HUBZone Small Business Concerns (JAN 1999) (if the offeror elects to waive the preference, it shall so indicate in its offer) (15 U.S.C. 657a).

[] (4) (i) 52.219-5, Very Small Business Set-Aside (JUNE 2003) (Pub. L. 103-403, section 304, Small Business Reauthorization and Amendments Act of 1994).

[] (ii) Alternate I (MAR 1999) of 52.219-5.

[] (iii) Alternate II (JUNE 2003) of 52.219-5.

[X] (5)(i) 52.219-6, Notice of Total Small Business Set-Aside (JUNE 2003) (15 U.S.C. 644).

[] (ii) Alternate I (OCT 1995) of 52.219-6.

[] (iii) Alternate II (MAR 2004) of 52.219-6.

[] (6)(i) 52.219-7, Notice of Partial Small Business Set-Aside (JUNE 2003) (15 U.S.C. 644).

[] (ii) Alternate I (OCT 1995) of 52.219-7.

[] (iii) Alternate II (MAR 2004) of 52.219-7.

[] (7) 52.219-8, Utilization of Small Business Concerns (OCT 2000) (15 U.S.C. 637 (d)(2) and (3)).

[] (8)(i) 52.219-9, Small Business Subcontracting Plan (JAN 2002) (15 U.S.C. 637(d)(4)).

[] (ii) Alternate I (OCT 2001) of 52.219-9.

MLU 1258

**HSFE04-05-Q-8001**

[] (iii) Alternate II (OCT 2001) of 52.219-9.

[x]  (9) 52.219-14, Limitations on Subcontracting (DEC 1996) (15 U.S.C. 637(a)(14)).

[] (10)(i) 52.219-23, Notice of Price Evaluation Adjustment for Small Disadvantaged Business Concerns (JUNE 2003) (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323) (if the offeror elects to waive the adjustment, it shall so indicate in its offer).

[] (ii) Alternate I (JUNE 2003) of 52.219-23.

[] (11) 52.219-25, Small Disadvantaged Business Participation Program--Disadvantaged Status and Reporting (OCT 1999) (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323).

[] (12) 52.219-26, Small Disadvantaged Business Participation Program--Incentive Subcontracting (OCT 2000) (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323).

[x] (13) 52.222-3, Convict Labor (JUNE 2003) (E.O. 11755).

[x] (14) 52.222-19, Child Labor--Cooperation with Authorities and Remedies (JAN 2004) (E.O. 13126).

[x] (15) 52.222-21, Prohibition of Segregated Facilities (FEB 1999).

[x] (16) 52.222-26, Equal Opportunity (APR 2002) (E.O. 11246).

[x] (17) 52.222-35, Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (DEC 2001) (38 U.S.C. 4212).

[x] (18) 52.222-36, Affirmative Action for Workers with Disabilities (JUN 1998) (29 U.S.C. 793).

[x] (19) 52.222-37, Employment Reports on Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (DEC 2001) (38 U.S.C. 4212).

[x] (20)(i) 52.223-9, Estimate of Percentage of Recovered Material Content for EPA-Designated Products (AUG 2000) (42 U.S.C. 6962(c)(3)(A)(ii)).

[] (ii) Alternate I (AUG 2000) of 52.223-9 (42 U.S.C. 6962(i)(2)(C)).

[x] (21) 52.225-1, Buy American Act--Supplies (JUNE 2003) (41 U.S.C. 10a-10d).

[x] (22)(i) 52.225-3, Buy American Act--Free Trade Agreements-- Israeli Trade Act (JAN 2004) (41 U.S.C. 10a-10d, 19 U.S.C. 3301 note, 19 U.S.C. 2112 note, Pub. L. 108-77, 108-78).

[] (ii) Alternate I (JAN 2004) of 52.225-3.

[] (iii) Alternate II (JAN 2004) of 52.225-3.

[x] (23) 52.225-5, Trade Agreements (JAN 2004) (19 U.S.C. 2501, et seq., 19 U.S.C. 3301 note).

[x] (24) 52.225-13, Restrictions on Certain Foreign Purchases (OCT 2003) (E.O.s, proclamations, and statutes administered by the Office of Foreign Assets Control of the Department of the Treasury).

[] (25) 52.225-15, Sanctioned European Union Country End Products (FEB 2000) (E.O. 12849).

HSFE04-05-Q-8001

[] (26) 52.225-16, Sanctioned European Union Country Services (FEB 2000) (E.O. 12849).

[] (27) 52.232-29, Terms for Financing of Purchases of Commercial Items (FEB 2002) (41 U.S.C. 255(f), 10 U.S.C. 2307(f)).

[] (28) 52.232-30, Installment Payments for Commercial Items (OCT 1995) (41 U.S.C. 255(f), 10 U.S.C. 2307(f)).

[] (29) 52.232-33, Payment by Electronic Funds Transfer--Central Contractor Registration (OCT 2003) (31 U.S.C. 3332).

[X] (30) 52.232-34, Payment by Electronic Funds Transfer--Other than Central Contractor Registration (MAY 1999) (31 U.S.C. 3332).

[] (31) 52.232-36, Payment by Third Party (MAY 1999) (31 U.S.C. 3332).

[] (32) 52.239-1, Privacy or Security Safeguards (AUG 1996) (5 U.S.C. 552a).

[] (33)(i) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (APR 2003) (46 U.S.C. Appx 1241 and 10 U.S.C. 2631).

[] (ii) Alternate I (APR 1984) of 52.247-64.

(c) The Contractor shall comply with the FAR clauses in this paragraph (c), applicable to commercial services, that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items; [Contracting Officer check as appropriate.]

[x] (1) 52.222-41, Service Contract Act of 1965, as Amended (MAY 1989) (41 U.S.C. 351, et seq.).

[X] (2) 52.222-42, Statement of Equivalent Rates for Federal Hires (MAY 1989) (29 U.S.C. 206 and 41 U.S.C. 351, et seq.).

[] (3) 52.222-43, Fair Labor Standards Act and Service Contract Act--Price Adjustment (Multiple Year and Option Contracts) (MAY 1989) (29 U.S.C. 206 and 41 U.S.C. 351, et seq.).

[] (4) 52.222-44, Fair Labor Standards Act and Service Contract Act--Price Adjustment (February 2002) (29 U.S.C. 206 and 41 U.S.C. 351, et seq.).

[] (5) 52.222-47, SCA Minimum Wages and Fringe Benefits Applicable to Successor Contract Pursuant to PreDecemberessor Contractor Collective Bargaining Agreements (CBA) (May 1989) (41 U.S.C. 351, et seq.).

(d) Comptroller General Examination of Record. The Contractor shall comply with the provisions of this paragraph (d) if this contract was awarded using other than sealed bid, is in excess of the simplified acquisition threshold, and does not contain the clause at 52.215-2, Audit and Records--Negotiation.

(1) The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall have access to and right to examine any of the Contractor's directly pertinent records involving transactions related to this contract.

(2) The Contractor shall make available at its offices at all reasonable times the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in FAR Subpart 4.7, Contractor Records Retention, of the other clauses of this contract. If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement. Records relating to appeals under the disputes clause or to litigation or the

MLU 1260

**HSFE04-05-Q-8001**

settlement of claims arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.

(3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of type and regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e)(1) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c), and (d) of this clause, the Contractor is not required to flow down any FAR clause, other than those in paragraphs (i) through (vi) of this paragraph in a subcontract for commercial items. Unless otherwise indicated below, the extent of the flow down shall be as required by the clause—

(i) 52.219-8, Utilization of Small Business Concerns (October 2000) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $500,000 ($1,000,000 for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

(ii) 52.222-26, Equal Opportunity (April 2002) (E.O. 11246).

(iii) 52.222-35, Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (December 2001) (38 U.S.C. 4212).

(iv) 52.222-36, Affirmative Action for Workers with Disabilities (June 1998) (29 U.S.C. 793).

(v) 52.222-41, Service Contract Act of 1965, as Amended (May 1989), flow down required for all subcontracts subject to the Service Contract Act of 1965 (41 U.S.C. 351, et seq.).

(vi) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (April 2003) (46 U.S.C. Appx 1241 and 10 U.S.C. 2631). Flow down required in accordance with paragraph (d) of FAR clause 52.247-64.

(2) While not required, the contractor May include in its subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.

## A.5  INVOICES--PURCHASE ORDERS AND DELIVERY ORDERS

An invoice is a written request for payment under this order for supplies delivered or for services rendered. Payment of invoices submitted under this contract shall be made in accordance with the Prompt Payment clause of this contract and in accordance with the provisions of other clause of this contract. Failure or refusal to provide the following information on all invoices submitted under this contract may result in the invoice being considered improper for payment in accordance with Prompt Payment clause. In order to be proper, an invoice must include, as applicable, the following:

a. General Information

1. Name and address of the contractor;

2. Invoice date;

3. Purchase order or delivery order number;

4. Description, quantity, unit of measure, unit price and extended price of supplies delivered or service performed;

HSFE04-05-Q-3001

5. Shipping and payment terms;

6. A listing of all delivery tickets by number;

7. Name, title, phone number and complete mailing address of person to be notified in the event of a defective invoice;

8. Prepaid shipping costs will be indicated as a separate item on the invoice. Where shipping costs exceed $10.00 (except for parcel post), a bill of lading or receipt must support the billing. When several orders are invoiced to an ordering activity during the same period, consolidated periodic billings are encouraged; and

9. A statement on the final invoice, which indicates it is the final invoice which will be submitted for the purchase/delivery order.

b. Taxpayer Identification Number (TIN) and Corporate Status Information

In order to comply with reporting requirements of 26 U.S.C. 6041, 6041A and 6050M and implementing regulations issued by the Internal Revenue Service (IRS), contractors must also provide the information set forth below on invoices submitted for payment under this contract. This information is required in order for this agency to provide reports to IRS. It must be clearly set forth on all invoices. Failure or refusal to provide this information on invoices shall result in the invoice being considered improper for payment in accordance with the Prompt Payment clause of this contract.

1. Taxpayer Identification Number (TIN) of contractor (the number required by the IRS to be used by the contractor in reporting income and other returns.

2. Corporate Status: For the purpose of this clause, provide this information only if contractor is an unincorporated entity, e.g., sole proprietorship, individual, partnership, or trust.

c. Payment Information for Electronic Funds Transfer (EFT)

1. As mandated by the Debt Collection Improvements Act (DCIA) of 1996 and in accordance with FAR Clause 52.232-34 Payment By Electronic Funds Transfer--Other Than Central Contractor Registration (MAY 1999) of this contract, the contractor must provide the following written EFT information to the office designated in 52.232-35 of this contract prior to award:

(a) The contract number (or other procurement identification number).

(b) The contractor's name and remittance address, as stated in the contract(s).

(c) The signature (manual or electronic, as appropriate), title, and telephone number of the contractor official authorized to provide this information.

(d) The name, address, and 9-digit Routing Transit Number (RTN) of the contractor's financial agent.

(e) The contractor's account number and the type of account (checking, savings or lockbox),

(f) If applicable, the Fedwire Transfer System (FTS) telegraphic abbreviation of the contractor's financial agent.

(g) If applicable, the contractor shall also provide the name, address, telegraphic abbreviation, and 9-digit Routing Transit Number (RTN) of the correspondent financial institution receiving the wire transfer payment if the contractor's financial agent is not directly on-line to the FTS; and, therefore, not the receiver of the wire transfer payment.

MLU 1262

HSFE04-05-Q-8001

The EFT information set forth below should be included on each invoice submitted for payment under this contract. Failure to provide the information or failure to notify this agency of changes to this information will result in delays in payments and/or rejection of the invoice in accordance with the Prompt Payment clause of this contract.

  1. Routing Transit Number (RTN) — The contractor shall provide the Current 9-digit RTN of the payee's bank

  2. Payee's account number

(The EFT information submitted must be that of the contractor unless there is an official Assignment of Claims on file with the payment office.)

If at any time during the term of this contract, the contractor changes any EFT information, (i.e. financial agent, RTN, account number, etc.) the new EFT information must replace the old EFT information on subsequent invoices submitted under this contract.

To avoid delays in processing invoices, the contractor must also submit written notification of EFT information changes to the office designated in this award document as soon as the contractor knows the new information. This notification must be in writing and signed by the individual authorized by the contractor to make such changes.

  d. Incoming invoices shall be labeled on the outside of each envelope with the following legend:

THIS ENVELOPE CONTAINS TIME SENSITIVE MATERIAL. PLEASE DATE STAMP ON RECEIPT AND INSURE PROMPT HANDLING

  e. Invoices (original and 1 copy) shall be submitted to the address in Block 21.

  f. A copy of this invoice and all delivery tickets shall be furnished to the designated Issuing Office in this contract.

## A.6 HSAR 3052.242-72  CONTRACTING OFFICER'S TECHNICAL REPRESENTATIVE (DEC 2003)

  (a) The Contracting Officer may designate Government personnel to act as the Contracting Officer's Technical Representative (COTR) to perform functions under the contract such as review or inspection and acceptance of supplies, services, including construction, and other functions of a technical nature. The Contracting Officer will provide a written notice of such designation to the Contractor within five working days after contract award or for construction, not less than five working days prior to giving the contractor the notice to proceed. The designation letter will set forth the authorities and limitations of the COTR under the contract.

  (b) The Contracting Officer cannot authorize the COTR or any other representative to sign documents, such as contracts, contract modifications, etc., that require the signature of the Contracting Officer.

MLU 1263

HSFE04-05-Q-8001

## A.7 52.246-4 INSPECTION OF SERVICES—FIXED-PRICE (AUG 1996)

(a) Definitions. "Services," as used in this clause, includes services performed, workmanship, and material furnished or utilized in the performance of services.

(b) The Contractor shall provide and maintain an inspection system acceptable to the Government covering the services under this contract. Complete records of all inspection work performed by the Contractor shall be maintained and made available to the Government during contract performance and for as long afterwards as the contract requires.

(c) The Government has the right to inspect and test all services called for by the contract, to the extent practicable at all times and places during the term of the contract. The Government shall perform inspections and tests in a manner that will not unduly delay the work.

(d) If the Government performs inspections or tests on the premises of the Contractor or a subcontractor, the Contractor shall furnish, and shall require subcontractors to furnish, at no increase in contract price, all reasonable facilities and assistance for the safe and convenient performance of these duties.

(e) If any of the services do not conform with contract requirements, the Government may require the Contractor to perform the services again in conformity with contract requirements, at no increase in contract amount. When the defects in services cannot be corrected by reperformance, the Government may (1) require the Contractor to take necessary action to ensure that future performance conforms to contract requirements and (2) reduce the contract price to reflect the reduced value of the services performed.

(f) If the Contractor fails to promptly perform the services again or to take the necessary action to ensure future performance in conformity with contract requirements, the Government may (1) by contract or otherwise, perform the services and charge to the Contractor any cost incurred by the Government that is directly related to the performance of such service or (2) terminate the contract for default.


## A.8 52.246-20 WARRANTY OF SERVICES (MAY 2001)

(a) Definition. "Acceptance," as used in this clause, means the act of an authorized representative of the Government by which the Government assumes for itself, or as an agent of another, ownership of existing and identified supplies, or approves specific services, as partial or complete performance of the contract.

(b) Notwithstanding inspection and acceptance by the Government or any provision concerning the conclusiveness thereof, the Contractor warrants that all services performed under this contract will, at the time of acceptance, be free from defects in workmanship and conform to the requirements of this contract. The Contracting Officer shall give written notice of any defect or nonconformance to the Contractor within 30 days. This notice shall state either (1) that the Contractor shall correct or reperform any defective or nonconforming services, or (2) that the Government does not require correction or reperformance.

(c) If the Contractor is required to correct or reperform, it shall be at no cost to the Government, and any services corrected or reperformed by the Contractor shall be subject to this clause to the same extent as work initially performed. If the Contractor fails or refuses to correct or reperform, the Contracting Officer may, by contract or otherwise, correct or replace with similar services and charge to the Contractor the cost occasioned to the Government thereby, or make an equitable adjustment in the contract price.

(d) If the Government does not require correction or reperformance, the Contracting Officer shall make an equitable adjustment in the contract price.

MLU 1264

HSFE04-05-Q-8001

## A.9  52.246-25  LIMITATION OF LIABILITY--SERVICES  (FEB 1997)

(a) Except as provided in paragraphs (b) and (c) below, and except to the extent that the Contractor is expressly responsible under this contract for deficiencies in the services required to be performed under it (including any materials furnished in conjunction with those services), the Contractor shall not be liable for loss of or damage to property of the Government that (1) occurs after Government acceptance of services performed under this contract and (2) results from any defects or deficiencies in the services performed or materials furnished.

(b) The limitation of liability under paragraph (a) above shall not apply when a defect or deficiency in, or the Government's acceptance of, services performed or materials furnished results from willful misconduct or lack of good faith on the part of any of the Contractor's managerial personnel. The term "Contractor's managerial personnel," as used in this clause, means the Contractor's directors, officers, and any of the Contractor's managers, superintendents, or equivalent representatives who have supervision or direction of--

(1) All or substantially all of the Contractor's business;

(2) All or substantially all of the Contractor's operations at any one plant, laboratory, or separate location at which the contract is being performed; or

(3) A separate and complete major industrial operation connected with the performance of this contract.

(c) If the Contractor carries insurance, or has established a reserve for self-insurance, covering liability for loss or damage suffered by the Government through the Contractor's performance of services or furnishing of materials under this contract, the Contractor shall be liable to the Government, to the extent of such insurance or reserve, for loss of or damage to property of the Government occurring after Government acceptance of, and resulting from any defects and deficiencies in, services performed or materials furnished under this contract.

## A.10  52.228-7  INSURANCE--LIABILITY TO THIRD PERSONS  (MAR 1996)

(a)(1) Except as provided in subparagraph (a)(2) of this clause, the Contractor shall provide and maintain workers' compensation ,employer's liability, comprehensive general liability (bodily injury), comprehensive automobile liability (bodily injury and property damage) insurance, and such other insurance as the Contracting Officer may require under this contract.

(2) The Contractor may, with the approval of the Contracting Officer, maintain a self-insurance program; provided that, with respect to workers' compensation, the Contractor is qualified pursuant to statutory authority.

(3) All insurance required by this paragraph shall be in a form and amount and for those periods as the Contracting Officer may require or approve and with insurers approved by the Contracting Officer.

(b) The Contractor agrees to submit for the Contracting Officer's approval, to the extent and in the manner required by the Contracting Officer, any other insurance that is maintained by the Contractor in connection with the performance of this contract and for which the Contractor seeks reimbursement.

(c) The Contractor shall be reimbursed-

(1) For that portion (i) of the reasonable cost of insurance allocable to this contract and (ii) required or approved under this clause; and

MLU 1265

HSFE04-05-Q-8001

(2) For certain liabilities (and expenses incidental to such liabilities) to third persons not compensated by insurance or otherwise without regard to and as an exception to the limitation of cost or the limitation of funds clause of this contract. These liabilities must arise out of the performance of this contract, whether or not caused by the negligence of the Contractor or of the Contractor's agents, servants, or employees, and must be represented by final judgments or settlements approved in writing by the Government. These liabilities are for--

(i) Loss of or damage to property (other than property owned, occupied, or used by the Contractor, rented to the Contractor, or in the care, custody, or control of the Contractor); or

(ii) Death or bodily injury.

(d) The Government's liability under paragraph (c) of this clause is subject to the availability of appropriate funds at the time a contingency occurs. Nothing in this contract shall be construed as implying that the Congress will, at a later date, appropriate funds sufficient to meet deficiencies.

(e) The Contractor shall not be reimbursed for liabilities (and expenses incidental to such liabilities)--

(1) For which the Contractor is otherwise responsible under the express terms of any clause specified in the Schedule or elsewhere in the contract;

(2) For which the Contractor has failed to insure or to maintain insurance as required by the Contracting Officer; or

(3) That result from willful misconduct or lack of good faith on the part of any of the Contractor's directors, officers, managers, superintendents, or other representatives who have supervision or direction of--

(i) All or substantially all of the Contractor's business;

(ii) All or substantially all of the Contractor's operations at any one plant or separate location in which this contract is being performed; or

(iii) A separate and complete major industrial operation in connection with the performance of this contract.

(f) The provisions of paragraph (e) of this clause shall not restrict the right of the Contractor to be reimbursed for the cost of insurance maintained by the Contractor in connection with the performance of this contract, other than insurance required in accordance with this clause; provided, that such cost is allowable under the Allowable Cost and Payment clause of this contract.

(g) If any suit or action is filed or any claim is made against the Contractor, the cost and expense of which may be reimbursable to the Contractor under this contract, and the risk of which is then uninsured or is insured for less than the amount claimed, the Contractor shall--

(1) Immediately notify the Contracting Officer and promptly furnish copies of all pertinent papers received;

(2) Authorize Government representatives to collaborate with counsel for the insurance carrier in settling or defending the claim when the amount of the liability claimed exceeds the amount of coverage; and

(3) Authorize Government representatives to settle or defend the claim and to represent the Contractor in or to take charge of any litigation, if required by the Government, when the liability is not insured or covered by bond. The Contractor may, at its own expense, be associated with the Government representatives in any such claim or litigation.

MLU 1266

HSFE04-05-Q-8001

## A.11  4452.217-70  PREFERENCE FOR LOCAL CONTRACTORS (APR 1984)

In awarding any contract pursuant to this solicitation, the Government shall give preference to local organizations, firms, and individuals residing or doing business primarily in the geographic area identified as the disaster area.

The contracting officer reserves the right to request offerors to furnish documentation to demonstrate eligibility for local contractor preference. To be eligible, the offeror shall have been residing (in the case of individuals) or doing the major portion of its business (in the case of business entities) in the disaster area.

An offeror for which eligibility is established (local offeror) shall be permitted to meet the lowest price received from an otherwise eligible non-local offeror, provided that the proposed price from the local offeror does not exceed 130 percent of the price of the non-local offeror. The lowest priced local offeror within 130 percent of the lowest non-local offeror shall have the first chance to meet the non-local price. If the local offeror meets the lowest non-local price and is determined to be responsible, award shall be made. If the non-local offer is not met, the next lowest local offeror within 130 percent shall have the chance to meet the lowest non-local price. This process shall continue until award is made to a local offeror within the 130 percent requirement or the supply of local offerors is exhausted and award made to the lowest non-local offeror.

## A.12  WORK ORDERS

(a) Any supplies and services to be furnished under this contract shall be ordered by issuance of work orders. Work orders may be issued verbally to be followed up in writing.

(b) All work orders are subject to the terms and conditions of this contract. In the event of conflict between a work order and this contract, the contract shall control.

(c) The following individuals, in addition to the contract specialist and contracting officer, are authorized to issue work orders under this contract:

| NAME | PHONE |
|------|-------|
| Bob Weber | 407-858-3359 |
| Juan Gil | 940-368-7005 |
| Cindy Gordon | 407-858-2804 |

## A.13  REQUIRED DATA

The contractor will complete the following form stating how many installations can be completed in one day for travel trailers.

|  | INSTALLATIONS PER DAY |
|------|-------|
| TRAVEL TRAILERS | 50 |

MLU 1267

From   Origin ID: (706)369-7300
Marcia Ulm
MLU SERVICES, INC
573 HAWTHORNE AVENUE

ATHENS, GA 30606



FedEx
Express

E

Ship Date: 17NOV04
Actual Wgt: 1 LB
System#: 3870860/INET2000
Account#: S *********

REF

SHIP TO:   (703)946-2060       BILL SENDER
**Ms. Janice L. Gurganus, Contracting**
Dept. of Homeland Security-FEMA
100 Sunport Lane

**Orlando, FL 32809**

Delivery Address Bar Code



**PRIORITY OVERNIGHT**          **THU**

TRK#   7908 3357 1670   FORM 0201

Deliver By:
18NOV04

MCO   A1

**32809**   -FL-US

**XH ISMA**

Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/cgi-bin/ship_it/unity/2BhZt7HaRq2DgXv5AeQr2FiRt4FfWt8Ic...          11/17/2004

MLU 1268

# MLU *services, Inc.*

*Construction, Demolition & Recycling - Storm Debris Cleanup & Right-of-Way Maintenance*

November 17, 2004

Ms. Janice L. Gurganus
Contracting Officer
Department of Homeland Security
FEDERAL EMERGENCY MANAGEMENT AGENCY
Disaster Field Office
100 Sunport Lane
Orlando, FL 32809

Dear Ms. Gurganus:

Thank you for faxing over the contract for Order No. HSFEO4-05-P-4149. I am sending you a signed copy for your records.

As per the contract, this is to notify you that this contract has exceeded $1,000,000.00. On November 11, we invoiced FEMA for $1,231,938.00 and today we will be sending out another invoice for approximately $1.5 million. This contract has exceeded the 75 percent of the estimated cost specified in the schedule.

We believe that at the rate we are progressing in setting up and installing the travel trailers, the costs incurred for this contract will be approximately $10 million.

If you have any questions or concerns, please do not hesitate to contact me at (706) 207-2488.

Sincerely,

William (Billy) Ulm
Manager of Operations

573 Hawthorne Avenue • Athens, GA 30606
Phone (706) 369-7300 • Fax (706) 425-0300 • mluservicesinc@aol.com

*EXTRA Copy*

HSFED4-05-Q-8001

## TRAVEL TRAILER INSTALLATION SPECIFICATIONS

### A. GENERAL

1. All work performed in accordance with these specifications shall be in accordance with all applicable federal, state and local codes and regulations. The provision of these specifications and typical details shall not be construed as lowering standards established by local laws, ordinances or regulations.

2. All trenches shall be back filled, tamped, or rolled to the maximum practical density to avoid settlement damage to sewer, water, or gas lines. All construction debris, waste and excess material shall be cleaned and removed from all waste sites. Contractor shall be available for move-in inspection.

3. The following installation items represent minimum requirements. Requests for exceptions or substitutions must be approved by FEMA in writing prior to performing the work. Approval will be on an individual basis based on availability of materials or conditions peculiar to the intent of installation or work.

4. The contractor shall position the travel trailer on the lot as staked by the FEMA inspector. In the absence of staking, the contractor shall position the travel trailer in a manner to utilize the most practical direct path from the utility connections.

### B. BASIC TRAVEL TRAILER SET-UP (Line Item TT-01)

1. Delivery of Travel Trailer to Site **within 250 Miles** of Staging Area:

   Towing shall be from the staging area to designated sites as identified. The travel trailer shall be properly placed, position, and aligned on the site. The towing operator shall be properly licensed and insured to protect the Government's interest. Line item Pricing, See Supplemental to B.3- SCHEDULE OF PRICING

2. Blocking and Leveling

   The Contractor shall clean away all grass roots, loose dirt, rocks or debris where at the base of the piers. Travel trailers shall be set-up on concrete piers and after the weigh of the travel trailer is transferred to the piers, if the unit is not leveled properly the contractor will reinstall the unit at no additional cost to the government. The travel trailer set-up will also include a minimum of six piers (three on each side) evenly spaced. The end piers should

1

MLU 1270

HSFE04-05-Q-8001

not be directly on the end of the unit, but approximately six inches off the edge of the unit. The Contractor shall provide a base for each pier. The base will be ¾"x 24" x 24" exterior grade plywood. The piers will have at a minimum two solid cap blocks on the base and two solid cap blocks at the top of the piers.

The space between the top of the pier's solid cap blocks and the bottom of the travel trailer I-beam frame shall not exceed seven inches (7"). Up to four inches (4") of this space may be filled with a solid concrete block laid parallel to the travel trailer steel I-beam frame. Up to three inches (3") of this space may be filled with blocking timber and wedges laid perpendicular to the travel trailer steel I-beam. No more than one inch (1") of this area shall be shimmed with wedges.

After the weight of the travel trailer is transferred to the concrete piers, the piers must be vertically aligned and tightly shimmed with wooden wedges. If the piers are not vertical at the time of final inspection, they shall be removed and reinstalled by the Contractor at no additional cost. The Contractor will be responsible for all necessary re-leveling and re-blocking of the travel trailer for a period of 90 days after final inspection.

3. Anchoring and Straps.

The contractor shall install three (3) anchors per side (total 6). All anchors must be placed, driven, or augured so that the individual anchor will withstand a withdrawal pull with no more than two (2) inch vertical displacements (Unless the travel trailer is located within a flood zone A). If the above methods of anchoring do not pass the displacement tests for an anchor, the Contractor shall notify the PO and shall provide an equivalent alternate anchorage system for approval. The location of the straps shall be two on the tongue of the unit, two on the back bumper of the unit, and two toward the middle of the unit.

The strap shall be 1.25" X .035" cold rolled galvanized steel, as per Federal Specification QQ-S-781 G for Type 1 Class B, Grade 1 strapping. The anchor straps shall be snug and in a near vertical position.

4. Sewer Line Installation To Travel Trailer above Ground.

Sewer line installation from the sewer riser and connection to the travel trailer is to be provided by use of 3" hard ABC or PVC, Schedule 40.

The line shall be of the shortest practical. At sites with a sewer riser already installed, the Contractor will make the connection between the travel trailer

2

MLU 1271

HSFE04-05-Q-8001

connecting point and the riser. If a sewer riser is not in place, a clean-out fitting will be installed in an accessible location to facilitate snaking-out a clogged up line from the connection point, through the riser and into the main or service line. The pipefitting that attaches the sewer connection to the drain outlet of the travel trailer shall be threaded and screwed or installed with a removable adapter for the drain outlet.

The nominal inside diameter of the unit sewer connection shall not be less than three inches (3"). The slope shall be continuous and at least one-quarter inch (1/4") per foot and no more than one-half inch (1/2") per foot. Overhead (hanging) sewer straps shall be placed at four-foot (4') intervals (maximum) to prevent any deflections.

The fitting between the travel trailer sewer line and sewer riser (placed above ground) will be one of the following:

(1) An approved 4" x 3" adapter, or (2) the lower end of the travel trailer sewer line shall extend at least four inches (4") below the rim of the riser with an air tight connection provided by the use of a rubber ring. Pipe shall be rigid PVC sewer pipe ASTM D-2727; or Schedule 40 ASTM D-2261. The line shall be of the shortest practical length and include a clean-out wye. The Contractor shall test the sewer line for leakage, and any leaks shall be repaired at no additional cost.

If a sewer riser is not in place, the Contractor will make an appropriate sewer tap on the sewer collection line and install the necessary piping and riser connection. Sewer piping shall be installed in accordance with local codes and the Uniform Plumbing Code. The Contractor shall test the sewer line for leakage, and any leaks shall be repaired at no addition cost. The above ground line shall be properly sealed where it connects to sewer riser. The above ground sewer line shall be strapped and secured properly every 4 feet.

5. Water Line Installation To Travel Trailer Above Ground

Water line installation from the existing service connection to the travel trailer service pipe is to be provided by use of approved RV water hose. **For sites with water service riser already installed;** the Contractor will make the connection between the travel trailer connecting point and the riser. A cut-off valve and a hose bibb with anti-siphon valve shall be located adjacent to the unit connecting point (must be in convenient location to facilitate shut-off of water to unit and make a watering hose connection). The Contractor shall test the service line for leakage, and any leaks shall be repaired at no additional cost.

**If the water service riser is not in place,** the Contractor will make an appropriate tap on the water service line and install the necessary piping and

MLU 1272

HSFE04-05-Q-8001

riser connection. **Water piping shall be installed in accordance with local codes and the Uniform Plumbing Code.** All service line beneath the travel trailer shall be installed clear of the ground, made with the minimum number of joints, be of the shortest practical length, and be supported by metal straps at four foot (4') intervals (maximum).

The Contractor shall test the service line for leakage, and any leaks shall be repaired at no additional cost. RV hose shall be capable of withstanding constant exposure to weather elements (i.e. heat and sunlight). A pressure regulator valve is required on the supply inlet.

6. Direct Wiring Of Travel Trailer

The Contractor shall provide connection of service from the electrical assembly to the travel trailer weatherproof electrical disconnect pedestal (box). The Power supply cable shall be furnished with the travel trailer. Whenever possible the contractor shall provide above ground electrical service from the applicant's panel box to RV disconnect. The weatherproof disconnect box or RV receptacle box will be provided and installed, by the contractor, at a point near the travel trailer to permit connection of existing power cord. The weatherproof disconnect box will be equipped with the appropriate breaker to provide an approved 30 Amp service and mounted on a treated 4"X4" post or the equivalent. The bottom of weatherproof disconnect box will be a minimum of 10" above ground level. Installation of electrical service will meet all federal, state, and local codes and requirements.

7. Fill Propane Tanks.

8. Steps. The Contractor shall install steps at each travel trailer entrance. All wooden steps shall be made of exterior grade framing lumber. The Contractor shall prepare the grade and construct a level step, such that the step is centered on the door and safely beneath with the doorsill in a manner that does not represent a trip or safety hazard. The step must not impede the opening or closing of the door or restrict occupant entrance or exit. The steps will be constructed of wood thirty-six inches (36") wide. Handrails constructed with 2" x 4" safety edge lumber shall be provided on all steps and installed on both sides of the steps. If steps are needed a handrail will be installed in a manner to assist the occupant exiting or entering the platform. The platform and steps shall have a stable and secure foundation, be level in both directions and anchored. All handrails shall be sanded and painted with one coat of white paint. The contractor shall provide all supplies and materials.

9. Make Travel Trailer Ready For Occupancy (RFO). (Travel Trailer make-ready)

    a. Assemble Accessories and Arrange for Use:

4

MLU 1273

HSFE04-05-Q-8001

    (1) Arrange all furniture for occupancy;
    (2) Clean and mount storm window panels;
    (3) Install drawers;
    (4) Remove window clips; travel blocking and protective taping;
    (5) Hang fire extinguisher (report low charge to FEMA inspector);
    (6) Mount exterior light fixtures, and install bulbs;
    (7) Install interior light globes and covers;
    (8) Install screens;
    (9) Re-install any fallen curtains;
    (10) Install cabinet door panels and other knockout panels;
    (11) Install commode tank lid; and
    (12) Repair, if necessary, cabinet/door/drawer hardware.

b. Activate Utility Systems and Make Minor Repairs:
    (All parts changed must be of same quality.)
    (1) Test water system and make minor repairs (i.e., tighten, adjust, or replace fittings, flare nuts, faucet washers, ball cocks, shower diverters, faucet sets, etc.);
    (2) Verify hot/cold water lines, reverse if required;
    (3) Tighten or replace loose drain line connections (traps, strainer assemblies, etc.);
    (4) Replace commode wax ring and tank gaskets, as needed;
    (5) Tighten loose connections in electrical system; and
    (6) Test electrical circuits and replace bulbs, breakers, switches, or receptacles, as needed.

c. Test Appliances and Appurtenances:

    (1) Activate, test and make any necessary minor repairs to the refrigerator, range, furnace, air conditioner, and water heater for proper operations. Adjust pilots and burners, change orifices, water heater elements, etc., as needed;
    (2) Test smoke detector and replace if faulty. Defective smoke detectors provided by FEMA or manufacturer upon receipt of damaged one; and
    (3) Test exhaust fans for proper operation, repair as needed.

d. Final Clean-Up and Readiness:

    (1) Clean floors, counters, kitchen equipment, bath fixtures, and windows as needed;
    (2) Perform any other minor work required to prepare the unit for occupancy (i.e., door adjustments, refasten moulding and panels, etc.);
    (3) Remove unit packing debris and excess set-up material from premises; and

MLU 1274

HSFE04-05-Q-8001

    (4) Report major discrepancies or missing items to FEMA inspector.

**C.**    **Additional Cost Bid Items (Line Items). Items listed in this section are added cost items to be bid separately from the work included in the basic bid (Line Item 1).**

1.   Sewer Line, Buried

    a.  (Line Item TT-02: Four-inch (4") sewer line extension from sewer tap to the travel trailer with riser, buried.  Distance from tap to riser not to exceed 50 linear ft. per lot.)

    b.  (Line Item TT-03: Six-inch (6") sewer line extension from sewer taps to four-inch (4") collection points. Includes one (1) 6" x 4" x 4"  "Y" or "T" fitting or 6" x 4" reducer.)

    c,  (Line Item TT-04: Eight inch (8") sewer line extension from sewer tap to six inch (6") or four inch (4") collection points. Includes four (4) 8" x 6" and/or 4" "Y" or "T" fittings or reducers.)

        The Contractor shall run necessary sewer line and sewer riser from the sewer tap (at City sewer line, house lateral or septic tank) to the travel trailer. The connection or tap to the existing sewer facility shall be made in accordance with the Uniform Plumbing Code. The sewer line and riser shall be four inches (4") ID minimum to PVC, Schedule 40 pipe, ASTM D-2261 or equal. The sewer line shall be buried not less than twelve inches (12") below the surface of ground. The sewer line must be placed in a trench separate from the water line and at a distance from the water line that is in compliance with State and local codes. The slope shall be continuous and not less than one-quarter inch (1/4") per foot. The sewer riser shall be vertical and terminate no more than four inches (4") above ground level with a standing wye (preferred method - See Drawing No. 3) at the staked location. The clean out inlet will be plugged with a threaded cap. The vertical inlet shall be plugged or capped until such time as it is connected to the mobile home unit. The Contractor shall leak test the sewer line and any leaks shall be repaired to the satisfaction of FEMA at no additional cost. Backfill material will be free of rocks and other debris and will include a bed of compacted sand six inches (6") above and six inches (6") below the sewer line.

2.   Municipal Sewer Tap  (Line Item TT-05:  Install sewer tap)

        If a municipal sewer tap is required, the Contractor shall excavate, install the tap, and connect to the sewer line from the travel trailer and backfill, according to local requirements. The sewer tap shall be made in accordance with local regulations regarding sewer tap installations. The sewer tap shall utilize a device such as a saddle. A connection of one pipe into another and

MLU 1275

HSFE04-05-Q-8001

projecting beyond inner wall is prohibited due to the resulting restriction to free flow. All piping shall be connected to assure free flow. If required by local regulations, the trench shall not be backfilled until the sewer tap has been inspected and approved by the sewer authority. In the event the governing entity has a predetermined fee for sewer taps, such fee shall be paid by the Contractor and reimbursed at actual expense (individual receipt required). In the event the governing entity makes the tap at no cost; the Contractor shall not be paid for this line item. Where pavement must be removed and replaced, the Contractor shall contact the FEMA PO for instructions.

3. Water Line, Buried

   a. (Line Item TT-06: Three-quarter inch (3/4") water line extension from water tap to travel trailer site with risers, buried).

   b. (Line Item TT-07: Two-inch (2") water line extension from water tap, buried).

The Contractor shall extend water service from the supply source (City main, house service line or well, etc.), to the travel trailer site in accordance with the following specifications. Service line shall have normal size of three-quarter inch (3/4") and be any of the following: galvanized steel; copper tubing; ASTM B88-74A type K or L; polyethylene plastic pipe 160 psi, ASTM D-2239; three-quarter inch (3/4") CPS psi, Schedule 40, PVC plastic pipe, ASTM D-1785; or equivalent.

Water pipe riser shall be minimum three-quarter inch (3/4") and compatible with the service line. Service line is to be laid a minimum of six inches (6") below the frost line and not less than twenty-four inches (24") below the surface of the ground with a three-quarter inch (3/4") shut-off valve installed in the water line or three-quarter inch (3/4") shut-off valve with pet-cock must be installed in the water line. The service line must be placed in a trench separate from the sewer line and at a distance that is in compliance with State and local codes. Backfill materials shall be free of rocks and other debris and shall include a bed of compacted sand six inches (6") above and below the water line. The Contractor shall test service line for leakage and any leaks repaired and eliminated at no additional cost. Where pavement must be removed and replaced, the Contractor shall contact the FEMA PO for instructions.

4. Municipal Water Tap  (Line Item TT-08: Install Water Tap)

If a municipal water tap is required, the Contractor shall excavate, install the tap, and connect to the water line from the travel trailer and backfill, according to local requirements. The installation of the water tap (if required) will be accomplished in conjunction with, and according to the regulations of the local Water Company. If required by local regulations,

MLU 1276

HSFE04-05-Q-8001

the trench shall not be backfilled until the water tap has been inspected and approved by the water department. In the event the governing entity has a predetermined fee for water taps, such a fee shall be paid by the Contractor and reimbursed at actual expense (receipt required). In the event the governing entity makes the tap at no cost; the Contractor shall not be paid for this line item.

5.  TT Power Pole w/ Meter. (Line Item TT-09: Furnish and install travel trailer electric power pole and meter loop).

    The Contractor shall install an overhead electric assembly. The assembly shall be at least 30 Amp (120/240-volt service) with a weatherproof, rain-tight meter box containing 30 Amp circuit breakers. All components shall be installed in accordance with the National Electric Code (NEC) and local codes. All conduit connections on the meter pole must be watertight. Pole shall meet all code requirements.

6.  Additional Tow. Line Item TT-10: Additional towing of travel trailer outside **250-mile** radius.

    The Contractor shall provide additional towing of travel trailer outside the requirement listed in Line Item TT-01.

7.  Difficult Site (Hard Tow). Line Item TT-11: Furnish heavy equipment to position Travel Trailer.

    The Contractor shall furnish and provide bulldozer or similar equipment to place the travel trailer on the designated site. Requirement for necessity of heavy equipment is at the discretion of the FEMA Inspector. Light equipment such as a farm tractor or any similar equipment used for the convenience of the Contractor shall be at the Contractor's expense and not reimbursable.

8.  Reoccupancy Make-Ready. Line Item TT-12: In the event the units are used again the contractor will be required to completely refill both tanks of the travel trailers and clean and prepare the unit for occupancy.

9.  Water Line Winterization. Line Item TT-13

    When specified, the Contractor shall install freeze protection heating tapes and insulation to water supply piping and shut-off valves to prevent freeze-up of the system (piping exterior of the travel trailer). Minimum requirements include:

    a.  The heat cable shall be UL listed, Commercial Pipe Heating Cable and rated at a minimum of 3 watts per foot at 120 volts and have provisions

8

MLU 1277

HSFE04-05-Q-8001

for grounding. The heat cable shall be of a type that will not damage PVC or other non-metallic water pipe under the heat cable installation procedures required therein.

b. The heat cable shall be installed in compliance with the cable manufacturer's instructions and the following additional details:

1. The sealed end of the heat cable will be securely fastened to the unit water pipe at a point that is above grade and installed approximately eighteen inches (18") down the riser pipe and then wrapped up the riser. The heat cable shall be applied to the outside of the bend at elbows and securely fastened with tape. Wrapping of the water line with the heat cable shall be 3 turns per linear foot (1 wrap every 4 inches). Cable shall be fastened every twelve inches (12") with tape to the riser.

2. Preformed insulation and weatherproof covering shall be placed on the pipe and fastened with a continuous strap of weather resistant tape. The insulation, covering and tape shall extend into the water riser sleeve and water heater compartment approximately 12 inches (12") with the sealed end of the heat cable covered, if possible. Riser shall be filled the appropriate insulation and top of riser shall be sealed with an appropriate cover.

10. Handicap Ramp. Line Item: TT-14:

The Contractor shall prepare the grade and construct a wooden ramp with level platform such that the platform is centered on the door of principal entry into the travel trailer and flush with the doorsill. Contractor shall coordinate ramp design with local authorities to ensure compliance with the current American Disability Act, and State, and local requirements.

All wood shall be treated, exterior grade framing lumber and shall be used throughout, except for the platform and runway surface, which shall be exterior plywood. The handrail shall be 2" x 4" safety-edge lumber, sanded and painted with one coat of white paint. Nails shall be coated and sized consistent with industry standards.

The overall length of the ramp and platform shall be fixed by the height above the grade of the travel trailer sill and the distance to either a point abreast of the unit, or to a suitable, firm surface, approach to the ramp. The ramp pitch shall be one-inch (1") slope for each twelve inches (12") in length (maximum).The ramp shall be firmly supported on grade, with mud seals added where necessary because of soil conditions. The ramp and the platform shall have a non-skid surface using materials that are FEMA/Industrial approved (sand added to paint is unacceptable).

9

MLU 1278

HSFE04-05-Q-8001

11. Direct Wiring To Well Pump Switch.  (Line Item TT-15).

        The Contractor shall provide and install a 30 Amp well pump switch.  All components shall be installed in accordance with the National Electric Code (NEC) and local codes.  All conduit connections must be watertight and meet all code requirements.

12. Underground Electrical Excess.  (Line Item TT-16).

        The Contractor shall provide and install underground electrical connection in excess of the basic set-up.  All components shall be installed in accordance with the National Electric Code (NEC) and local codes.  All conduit connections must be watertight and meet all code requirements.

13. Permit Fee.  (Line Item TT-17).

        The contractor shall be responsible for obtaining necessary permits associated with placing and installing the unit and utility installation. FEMA will reimburse the contractor the actual permit fees.

14. Provide 25' Portable Water Hose.  (Line Item TT-18).

15. Provide and Install 5KW Generator.  (Line Item TT-19).

16. Direct Burial Of 30 Amp Service.  (Line Item TT-20).

        At sites with electrical service drop (meter box or other service connection point) already installed, the Contractor shall provide underground service (in compliance with all codes and regulations) from the electrical assembly to the unit up to 50 feet. All cable shall be appropriately buried and shall be installed in accordance with the National Electric Code (NEC) and local codes.  All conduit connections must be watertight and meet all code requirements. The conduit shall be securely attached to the electrical boxes in accordance with accepted methods and standards.  Sweeps shall be used at the unit and meter loop assembly.  If an electrical service drop is not in place, the Contractor shall install an electrical assembly for utility company connection.

17. Refill Both Propane Tanks.  (Line Item TT-21).

18.  Perform Site Inspection for TT Line Item TT-22)

        The contractor will inspect sites identified by FEMA to determine the feasibility of installing the type of unit identified by FEMA. FEMA will initiate a

10

MLU 1279

HSFE04-05-Q-8001

Request for Site Inspection, assign a site control number, determined the flood zone, and forward to the contractor, if tasked.

When tasked to perform site inspections the contractor shall assess the site feasibility by performing the following:

Availability of Utilities. The applicant is responsible for obtain all appropriate permits prior to any determination of the feasibility of the site. The proposed site must have source for electric, running water, approved septic/sewer system

Electrical Service for supporting 30 Amp service.

Source for running water supply system.  A municipal water service will be used unless the applicant has a functional well, which was used prior to the disaster.  If a well is used the inspector will inspect the pump, pressure tank, and electrical service to the well to insure the system is operational.  Prior to site being considered feasible the applicant must correct any deficiencies in the system.  If the well has been flooded, the applicant must provide a sample of the water to be tested and approved by the Health Department prior to the site being considered feasible.

Septic or Sewer Service.  Private systems must be inspected and approved by the Health Department before inspector can determine feasibility. Applicant is responsible for any repairs necessary to that system.  Prior to using a local municipal sewer system the contractor must obtain the cost of tap fees.  These costs could make the site infeasible.  Taps must be within the established 50 feet of the placement of the unit, when possible.

On sites where no septic system exists, the applicant must wish (at their own expense) to install an approved septic system to make the site feasible.

It is their responsibility to obtain all permits and comply will all necessary requirements enforced by the Health Department.  This includes all necessary requirements and permits enforced by the local government.

Unit Placement.  Identify where the unit will be placed.  The placement of the unit must not restrict the recovery activities.  This includes debris removal, landowner repairs of replacement of the home, etc....

Site Accessibility.  The contractor will identify the most direct route to be taken to deliver the unit.

Zoning Requirements.  The site must have the proper zoning requirement.

11

MLU 1280

HSFE04-05-Q-8001

Lot Size. The site must be the proper size in accordance with the lot boundary zoning requirements.

Special Needs. If the applicant has special needs this requirement should be forwarded to FEMA.

Infeasible Site Processing. If the site is determined to be infeasible the contractor notifies FEMA the site is infeasible, and returns the Request for Site Inspection to FEMA.

Feasible Site Processing.

Private. If the site is a feasible private site, the contractor:

- Completes the FEMA Form 90-1, Request For Site Inspection. All site inspections must be approved by FEMA rep.

- Provides the recommended installation line items to install the unit in the most efficient and safest approach for FEMA's approval. Any additional line items and/or services recommended outside of the basic installation (set-up) must be approved by FEMA. Also the contractor in no way obligate FEMA to use the proposed site nor can the contractor initiate work orders for unit delivery and/or installation. FEMA will make the determination of whether to use the site. The contractor is only assessing the feasibility of the site. FEMA will initiate the work order for approved site for unit delivery and installation, as needed.

- Obtains a signed Landowners Authorization/Ingress-Egress Agreement or appropriate form, and

Commercial. If the site is a feasible commercial site, the contractor:

- Completes the FEMA Form 90-1, Request For Site Inspection. All site inspections must be approved by FEMA rep.

- Obtains information from the park management related to park address and lot identification, park rules and requirements, and point-of-contact and phone number (Note: The contractor in no way obligates FEMA to use the park. FEMA will make the determination of whether to use the park. The contractor is only assessing the feasibility of the site.), and

- Provides the recommended installation line items to install the unit in the most efficient and safest approach for FEMA's approval. Any additional line items and/or services recommended outside of the basic installation (set-up) must be approved by FEMA. Also the contractor in no way obligate FEMA to use the proposed site nor can the contractor initiate work orders for unit delivery and/or installation. FEMA will make the determination of whether to use the site. The

MLU 1281

HSFE04-05-Q-8001

contractor is only assessing the feasibility of the site.  FEMA will initiate the work order for approved site for unit delivery and installation, as needed.

- FEMA will determine and initiates the work order FEMA Form 90-26, Installation Work Order.

- Site inspections are to be returned to the appropriate FEMA representative within 3 days.

MLU 1282