PAGE 1 OF

## SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS
### OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30

| Field | Value |
|---|---|
| 1. REQUISITION NO. | AN00220N2005T |
| BPA NO. | |
| 2. CONTRACT NO. | |
| 3. AWARD/EFFECTIVE DATE | 10/31/04 |
| 4. ORDER NO. | HSFE04-05-P-4149 |
| 5. SOLICITATION NO. | |
| 6. SOLICITATION ISSUE DATE | |
| 7. FOR SOLICITATION INFORMATION CALL: a. NAME | Jonathan Gibb |
| b. TELEPHONE NO. | (703) 946-2060 |
| 8. OFFER DUE DATE/LOCAL TIME | |

**8. ISSUED BY** CODE

Department of Homeland Security
Federal Emergency Management Agency
Disaster Field Office
100 Sunport Lane
Orlando FL 32809

**10. THIS ACQUISITION IS**
[ ] UNRESTRICTED
[x] SET ASIDE: 100 % FOR
[x] SMALL BUSINESS
[ ] HUBZONE SMALL BUSINESS
[ ] 8(A)

NAICS: 336214
SIZE STANDARD:

**11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED**
[ ] SEE SCHEDULE

**12. DISCOUNT TERMS** N/A

**13a.** [ ] THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)
**13b. RATING** N/A

**14. METHOD OF SOLICITATION**
[ ] RFQ  [ ] IFB  [ ] RFP

**15. DELIVER TO** CODE

**16. ADMINISTERED BY** CODE

Federal Emergency Management Agency
Region IV
Contracting Division
3003 Chamblee Tucker Rd
Atlanta GA 30341

**17a. CONTRACTOR/OFFEROR** CODE  FACILITY CODE

MLU SERVICES INC

573 HAWTHORNE AVE

ATHENS GA 306042505
TELEPHONE NO.

**18a. PAYMENT WILL BE MADE BY** CODE

Federal Emergency Management Agency
Disaster Finance Center/ Bldg 708
ATTN: Vendor Payments
P.O. Box 800
Berryville VA 22611

[ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

**18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED**
[ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES See CONTINUATION Page | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Provide Set-Up/Installation Services for travel trailers in response to disaster operations for DR-1539-FL, DR-1545-FL, DR-1551-FL, and DR-1561-DR.<br><br>Total Not-To-Exceed amount $1,000,000.00<br><br>The Contractor shall notify the Contracting Officer in writing whenever it has reason to believe that the costs the contractor expects to incur under this contract will exceed 75 percent of the estimated cost specified in the schedule. | * | | | |

**25. ACCOUNTING AND APPROPRIATION DATA** See CONTINUATION Page

**26. TOTAL AWARD AMOUNT (For Govt. Use Only)** NTE $1,000,000.00

27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED.
[x] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [ ] ARE [x] ARE NOT ATTACHED

28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

29. AWARD OF CONTRACT: REFERENCE ___ OFFER DATED ___. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN IS ACCEPTED AS TO ITEMS

**30a. SIGNATURE OF OFFEROR/CONTRACTOR** /s/ Marcia L Ulm

**30b. NAME AND TITLE OF SIGNER (TYPE OR PRINT)** MARCIA L. ULM

**30c. DATE SIGNED** 11-17-04

**31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER)** /s/ Janice L. Gurganus

**31b. NAME OF CONTRACTING OFFICER (TYPE OR PRINT)** Janice L. Gurganus, Contracting Officer

**31c. DATE SIGNED** 10/31/04

AUTHORIZED FOR LOCAL REPRODUCTION
STANDARD FORM 1449 (REV. 4/2002)
Prescribed by GSA - FAR (48 CFR) 53.212

FEMA PR MLU 002245