UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,
ex rel. GREGORY CHABOT,
as *qui tam* Plaintiff,

      Plaintiffs,

vs.                                             CASE NO: 6:06-CV-1528-ORL-35-KRS

MLU SERVICES, INC.

_____/

## RELATOR'S UNOPPOSED MOTION FOR PROTECTION AFTER 4:30 PM ON APRIL 20, 2010 AND INCORPORATED MEMORANDUM OF LAW

Relator Gregory Chabot, by and through undersigned counsel, moves pursuant to Local Rule 3.01 for protection after 4:30 pm on April 20, 2010 and that trial and other proceedings end at 4:30 pm on April 20, 2010 for the following reasons:

1. Undersigned counsel's twin sons Christopher Darken and Conor Darken will be attending the annual Boy Scout Eagle Recognition Banquet at 6:30 pm on April 20 at Busch Gardens in Tampa. *See* **Exhibit 1**.

2. Undersigned counsel served as an Assistant Scoutmaster in his sons' Boy Scout troop for six years and very much wants to attend the Eagle Recognition Banquet. Undersigned counsel also currently serves as District Chair for the New Fire District, which includes New Tampa, Temple Terrace, and Central Tampa.

## MEMORANDUM OF LAW

"A district court has inherent authority to manage its own docket ...." *Equity Lifestyle Properties, Inc. v. Florida Moving and Landscape Service, Inc.*, 556 F.3d 1232, 1240 (11th Cir. 2009).

## Local Rule 3.01(g) Certification

Undersigned counsel has been advised by Mark Kiser that Defendant MLU does not oppose this motion.

Respectfully submitted this **12**[th] day of April 2010.

/s/ Kevin J. Darken
KEVIN J. DARKEN
Florida Bar No.: 0090956
kdarken@tampalawfirm.com
BRUCE M. KLEINBERG
Florida Bar No.: 780170
bkleinberg@tampalawfirm.com
*COHEN, FOSTER & ROMINE, P.A.*
201 E. Kennedy Blvd., Suite 1000
Tampa, FL 33602
Telephone: (813) 225-1655
Facsimile:  (813) 225-1921
Trial Counsel for Plaintiff/Relator
Gregory Chabot



**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this **12th** day of April, 2010, the foregoing was filed with the Clerk of this Court via CM/ECF, which will send an electronic notice of filing to the following:

Mark D. Kiser, Esquire
mkiser@trenam.com
John S. Vento, Esquire
jsvento@trenam.com
*Trenam Kemker*
POB 1102
Tampa, FL 33601
Telephone: (813) 223-7474
Facsimile: (813) 813-229-6553
Attorneys for MLU Services

Phillip R. Lammens, Esquire
Philip.lammens@usdoj.gov
Office of U.S. Attorney
207 NW 2nd Street, Room 118
Ocala, FL 34475-6666
Telephone: (352) 629-0053
Facsimile: (352) 671-6743

Jennifer Chorpening, Esquire
Jennifer.chorpening@usdoj.gov
U.S. Department of Justice – Civil Division
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20444
Telephone: (202) 514-8112
Facsimile: (202) 514-0280

/s/ Kevin J. Darken
KEVIN J. DARKEN
Florida Bar No.: 0090956
kdarken@tampalawfirm.com
BRUCE M. KLEINBERG
Florida Bar No.: 780170
bkleinberg@tampalawfirm.com
*COHEN, FOSTER & ROMINE, P.A.*
201 E. Kennedy Blvd., Suite 1000
Tampa, FL 33602
Telephone: (813) 225-1655
Facsimile: (813) 225-1921
Trial Counsel for Plaintiff/Relator
Gregory Chabot

# GULF RIDGE COUNCIL
## BOY SCOUTS OF AMERICA

March 3, 2010

Conor M Darken and Family
27215 Fordham Dr
Wesley Chapel, FL 33544-8735

Dear Conor,

Each year the Gulf Ridge Council, Boy Scouts of America, has a banquet to honor those Scouts who have achieved the rank of Eagle in the previous year. As a member of the Eagle Class of 2009, we extend to you and your family an invitation to this year's Eagle Recognition Banquet. Our Banquet will be held on **Tuesday, April 20th, 2010 at Busch Gardens. Please arrive by 6:30PM.**

The banquet is an upscale event. Please be sure to wear your full Class 'A' uniform with merit badge sash, and other awards and metals you have received, or if you no longer have your uniform, a coat and tie. Guests should to be dressed accordingly.

All Eagle Scouts will be at a table with their assigned sponsor. We try to pair you at the banquet with a sponsor who is in a profession or vocation in which you have expressed an interest. This will give you an opportunity to learn more about your career choice. The sponsor also pays for the banquet so there is no cost to you. We work very hard to find a sponsor who matches the desires of each Eagle Scout, so please complete the career field section of the registration form.

Please review and fill out the attached registration form. Return it to the Gulf Ridge Council Office **by Monday, March 22, 2010** to the attention of the Eagle Banquet Committee. **Any registration forms received after the March 22nd due date cannot be guaranteed inclusion in the Eagle Program. Please be sure to include a picture with your Registration Form.** This is a moving ceremony and family members and Scout leaders are encouraged to attend. There is a charge of $50.00 per person to cover the meal. You can also order photo CD's and group photos at the event. Family members and guests will not be sitting with the honored Eagle Scouts.

Even if you can not attend, please complete the information form so that we may include you in the 2009 Eagle Scouts souvenir program. You will receive a copy of the program only if your registration form is received.

If you have any questions regarding the event, please contact Lilliam Nieves (813)872-2691 ext.108 or by email lnieves@boyscouting.com or Ralph Snyder at (813) 872-2691 Ext. 133, or by E-mail at rsnyder@boyscouting.com.

We look forward to seeing you at the banquet.

Sincerely,

*Mark Rose*

Mark Rose
Eagle Recognition Banquet Chairman

*Fraser Hale*

Fraser Hale
Council Advancement Chairman

Enclosure

**BOY SCOUTS OF AMERICA**
13228 North Central Avenue
Tampa, FL 33612
Office: 813-872-2691  Fax: 813-875-5890  www.boyscouting.com



EXHIBIT 1

