UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CLERK'S MINUTES
**Civil Jury Trial**
**Day 1**

**Case Number: 6:06-CV-1528-ORL-35KRS**

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** ex rel. **GREGORY CHABOT**, as qui tam Plaintiff, **Plaintiffs**, -v- **MLU SERVICES, INC.** **Defendant.** | | **Plaintiff's Counsel:** **Defense Counsel:** | Kevin J. Darken Mark Kiser John S. Vento |
| Judge: | **Mary S. Scriven** | Court Reporter: | Koretta Stanford 407/872-1715 |
| Courtroom Clerk: | N. L. Leiter | Interpreter: | |
| Date: | April 19, 2010 | Time: | 9:42 am - 5:00 pm |

| | |
|---|---|
| 9:42 am | Convene |
| | Appearances |
| | Court takes up pretrial matters with counsel. |
| | Rule is invoked. |
| 10:05 am | Jurors brought in. |
| | *Voir Dire begins*. |
| 10:45 am | Court talks with individual jurors separately. |
| 10:52 am | Break |
| 11:05 am | Resume |
| | Striking |
| 11:12 am | *Jury selected*. |
| 11:15 am | Court gives Preliminary Instructions to Jury |
| 11:32 am | Lunch for jury |
| | Court takes up trial matters with counsel. |
| 11:43 am | (Doc. No. 82) Plaintiff Motion to Permit Proof of Damages pursuant to Supplemental Rule 26 Damages Computation - Court Reserves |
| 12:02 pm | Lunch Break |
| 12:49 pm | Resume w/o jury present. |

|            |                                              |
|------------|----------------------------------------------|
|            | Court takes up trial matters with counsel.   |
| 12:53 pm   | Jury brough in.                              |
| 12:54 pm   | Plaintiff's Opening Arguments                |
| 1:13 pm    | Defendant's Opening Arguments                |
| 1:31 pm    | **Bryan Hamilton - sworn**                   |
|            | Direct by Plaintiff                          |
| 1:43 pm    | Cross by Defense                             |
| 1:49 pm    | **Bruce Anthony Hamilton - sworn**           |
|            | Direct by Plaintiff                          |
| 1:55 pm    | Cross by Defense                             |
| 2:02 pm    | **Scott Ceci - sworn**                       |
|            | Direct by Plaintiff                          |
| 2:07 pm    | Cross by Defense                             |
| 2:12 pm    | Break                                        |
| 2:24 pm    | Resume                                       |
| 2:25 pm    | **William Ulm - sworn**                      |
|            | Direct                                       |
| 3:06 pm    | Break for the Jury.                          |
|            | Court takes up trial matter with counsel     |
|            | William Ulm remains on the stand.            |
| 3:15 pm    | Break                                        |
| 3:23 pm    | Resume                                       |
| 3:57 pm    | Cross by Defense                             |
| 4:24 pm    | Jury excused until tomorrow at 9:30 am.      |
| 4:25 pm    | Court takes up matters with counsel.         |
| 5:00 pm    | Adjourned.                                   |