# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**
ex rel. **GREGORY CHABOT,**
as qui tam Plaintiff,

                **Plaintiffs,**

-vs-                                                    Case No. **6:06-cv-1528-Orl-35KRS**

**MLU SERVICES, INC.**

                **Defendant.**

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**   This action came to trial before the Court.  The issues have been tried and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

That qui tam Plaintiff GREGORY CHABOT take nothing, the action be dismissed on the merits, and the Defendant MLU SERVICES, INC. recover costs from the qui tam Plaintiff GREGORY CHABOT.

Date: April 21, 2010

                                      SHERYL L. LOESCH, CLERK

                                      N. L. Leiter
                                      **Courtroom Deputy Clerk**