# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA,
ex rel. GREGORY CHABOT,
as *qui tam* Plaintiff,

        Plaintiffs,

vs.                                              CASE NO: 6:06-CV-1528-ORL-35-KRS

MLU SERVICES, INC.
_____/

# CHABOT'S AMENDED EXHIBIT LIST

| EXH # | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | 4/19/10 | *obj* 4/19/10 | ULM | A, C | Set-up / Installation Contract (HSFE04-05-P-4149) |
| 2 | 4/19/10 | 4/19/10 | | A, C | Contract amendments to set-up / installation contract (HSFE04-05- P-4149) |
| 3 | | | | R | FEMA Certification of Contract HSFE04-05-P-4149 and Amendments. |
| 4 | 4/20/10 | 4/20/10 | | A, C, R | FEMA Certification and Liquated Obligation Report for installation contract for HSFE-04-05-P-4149 |
| 5 | 4/19/10 | 4/19/10 | ULM | N | Invoices produced by MLU (Bates # MLU 1221 – 1250). |
| 6 | 4/19/10 | 4/19/10 | Ceci | A, C, H, R | Release and Invoices of X-treme Electric and Air, Inc. |

A – Authenticity / Completeness
C – Compound or previously undisclosed Exhibit without sufficient identification – all objections reserved.
D – *Daubert* challenge.
H – Hearsay objections without recognized exception.
I – Improper character evidence under FRE 608, 609.
J – Joint Exhibit
N – None, Relevancy reserved.
R – Relevancy objections pursuant to FRE 401, 402, 403, 411 and/or 702.

| | | | | | |
|---|---|---|---|---|---|
| | | | | | produced by MLU (Bates # MLU 1284 – 1361). |
| 7 | 4/19/10 | 4/19/10 | obj Bryan Hamilton | A, C, H, R | Invoices of B.A. Hamilton Plumbing & Pipefitting Co., Inc. produced by MLU (Bates # MLU 1362 – 1394). |
| 8 | 4/19/10 | 4/19/10 | obj Bruce Hamilton | A, C, H, R | Release and Invoices of B.A. Hamilton Electrical Service, Inc. produced by MLU (Bates # MLU 1395 – 1481). |
| 9 | 4/19/10 | 4/15/10 | U/m | A, C, H, R | Release and Invoices of J&S Transport produced by MLU (Bates # MLU 1482 – 1500). |
| 10 | 4/19/10 | 4/15/10 | U/m | A, C, H, R | Release and Invoices of James Anderson produced by MLU (Bates # 1501 – 1509). |
| 11 | 4/19/10 | 4/19/10 | U/m | A, C, H, R | Release and Invoices of Chris Phillips produced by MLU (Bates # MLU 1510 – 1529). |
| 12 | 4/19/10 | 4/19/10 | U/m | A, C, H, R | Invoices of Coy Collins produced by MLU (Bates # MLU 1530 – 1543). |
| 13 | 4/19/10 | 4/19/10 | U/m | A, C, H, R | Release and invoices of Steven Faulkner produced by MLU (Bates # MLU 1556 – 1565). |
| 14 | 4/19/10 | 4/19/10 | U/m | A, C, H, R | Invoices of Shane Ables produced by MLU (Bates # MLU 1544 – 1555). |

A – Authenticity / Completeness
C – Compound or previously undisclosed Exhibit without sufficient identification – all objections reserved.
D – *Daubert* challenge.
H – Hearsay objections without recognized exception.
I – Improper character evidence under FRE 608, 609.
J – Joint Exhibit
N – None, Relevancy reserved.
R – Relevancy objections pursuant to FRE 401, 402, 403, 411 and/or 702.

2

| | | | | | |
|---|---|---|---|---|---|
| 15 | 4/19/10 | obj | Ulm | A, C, H, R Not Disclosed | DBPR form 4359 – Initial Issuance of Licensure for Certified Contractors. |
| 16 | | | | A, C, H, R Not Disclosed | DBPR form 0010 – Master Individual Application. |
| 17 | | | | A, C, H, R Not Disclosed | DBPR form 4357 – (page 4) – Qualified Business License Application. |
| 18 | | | | A, C, H, R Not Disclosed | DBPR form 0050 – Explanatory Information for Background Questions. |
| 19 | | | | A, C, H, R Not Disclosed | DBPR form 0060 – General Explanatory Description. |
| 20 | | | | A, C, H, R Not Disclosed | Ulm Brothers Corporate Information. |
| 21 | 4/19/10 | 4/19/10 | Ulm | A, C, H, R Not Disclosed | DBPR form 0020 – Attest Statement. |
| 22 | 4/19/10 | 4/19/10 obj | Ulm | A, C, H, R Not Disclosed | Exam information for William Ulm. |
| 23 | | | | A, C, H, R Not Disclosed | Limited Power of Attorney signed by William Ulm. |
| 24 | 4/19/10 | 4/19/10 | Ulm | No Objection | Florida General Contractors License for William Ulm. |
| 25 | | | | A, C, H, R Not Disclosed | St. Lucie County Occupational License (Doc. 77-4, Ex. E). |
| 26 | 4/19/10 | | Ulm | A, R Not Disclosed | DBPR photo |
| 27 | | | | R | Florida Statute 489.13. |

A – Authenticity / Completeness
C – Compound or previously undisclosed Exhibit without sufficient identification – all objections reserved.
D – *Daubert* challenge.
H – Hearsay objections without recognized exception.
I – Improper character evidence under FRE 608, 609.
J – Joint Exhibit
N – None, Relevancy reserved.
R – Relevancy objections pursuant to FRE 401, 402, 403, 411 and/or 702.

3

| | | | | | |
|---|---|---|---|---|---|
| | | | | Inappropriate Exhibit | |
| 28 | | | | R Inappropriate Exhibit | Florida Statute 489.103. |
| 29 | | | | R Inappropriate Exhibit | Florida Statute 489.105. |
| 30 | | | | R Inappropriate Exhibit | Florida Statute 489.111. |
| 31 | | | | R Inappropriate Exhibit | Florida Statute 489.113. |
| 32 | | | | R Inappropriate Exhibit | Florida Statute 489.115. |
| 33 | | | | R Inappropriate Exhibit | Florida Statute 489.119. |
| 34 | | | | R Inappropriate Exhibit | Florida Statute 489.127. |
| 35 | | | | R Inappropriate Exhibit | Florida Statute 489.128. |
| 36 | | | | R Inappropriate Exhibit | Florida Statute 320.822. |
| 37 | | | | R Inappropriate Exhibit | Florida Statute 320.01. |
| 38 | | | | R Inappropriate Exhibit | Florida Statute 320.8249. |
| 39 | | | | R Inappropriate Exhibit | Florida Administrative Code 15-C. |
| 40 | | | | N | Defendant's Responses to Plaintiff's First Request for Admission. |

A – Authenticity / Completeness
C – Compound or previously undisclosed Exhibit without sufficient identification – all objections reserved.
D – *Daubert* challenge.
H – Hearsay objections without recognized exception.
I – Improper character evidence under FRE 608, 609.
J – Joint Exhibit
N – None, Relevancy reserved.
R – Relevancy objections pursuant to FRE 401, 402, 403, 411 and/or 702.

| | | | | | |
|---|---|---|---|---|---|
| 41 | 4/19/10 | 4/15/10 | | N | Defendant's Responses to Plaintiff's First Set of Interrogatories. |
| 42 | | | | N | Defendant's Responses to Plaintiff's First Request for Production. |
| 43 | 4/19/10 | 4/15/10 | Chabot | N | Defendant's Responses to Plaintiff's Second Request for Admissions. |
| 44 | | | | N | Defendant's Responses to Plaintiff's Second Set of Interrogatories. |
| 45 | | | | N | Defendant's Responses to Plaintiff's Second Request for Production. |
| 46 | 4/19/10 | 4/15/10 | | N | Defendant's Responses to Plaintiff's Third Set of Interrogatories. |
| 47 | | | | N | Defendant's Responses to Plaintiff's Fourth Set of Interrogatories. |
| 48 | | | | N | Defendant's Rule 26 Disclosures. |
| 49 | | | | N | Affidavit of William Ulm. |
| 50 | | | | Reserve all objections to questions | Deposition of William Ulm taken March 5, 2009. |
| 51 | | | | | Affidavit of James Kelly. |
| 52 | | | | Reserve all objections to | Deposition of James Kelly taken July 30, 2009. |

A – Authenticity / Completeness
C – Compound or previously undisclosed Exhibit without sufficient identification – all objections reserved.
D – *Daubert* challenge.
H – Hearsay objections without recognized exception.
I – Improper character evidence under FRE 608, 609.
J – Joint Exhibit
N – None, Relevancy reserved.
R – Relevancy objections pursuant to FRE 401, 402, 403, 411 and/or 702.

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | questions | |
| 53 | | | | | A, D, H, R | Affidavit of Paul Del Vecchio. |
| 54 | | | | | A, D, H, R | Deposition of Paul Del Vecchio taken July 22, 2009. |
| 55 | | | | | A, C, H. R Not Disclosed | Florida List of Licensed Mobile Home Installers (Doc. 79-1, Ex. D). |
| 56 | 4/20/10 | | | | | Deposition of McCreary |

A – Authenticity / Completeness
C – Compound or previously undisclosed Exhibit without sufficient identification – all objections reserved.
D – *Daubert* challenge.
H – Hearsay objections without recognized exception.
I – Improper character evidence under FRE 608, 609.
J – Joint Exhibit
N – None, Relevancy reserved.
R – Relevancy objections pursuant to FRE 401, 402, 403, 411 and/or 702.