UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,
ex rel. GREGORY CHABOT,
as *qui tam* Plaintiff,

    Plaintiffs,

vs.                            CASE NO: 6:06-CV-1528-ORL-35-KRS

MLU SERVICES, INC.

_____/

## MLU'S AMENDED EXHIBIT LIST

| EXH # | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | 4/19/10 | 4/19/10 | | | MLU/FEMA Contract (MLU 1251-MLU 1282) |
| 2 | | | | | Chabot's Responses to MLU's 1st Interrogatories |
| 3 | | | | | Depo Transcript of Gregory Chabot taken 7/29/09 |
| 4 | 4-20-10 | 4-20-10 | U/M | | Work Order, Bates No. MLU 0003 |
| 5 | 4-19-10 | 4-19-10 | U/M | | MLU Response to RFQ – FEMA PR MLU 002390 |